FILED: September 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1790
(1:21-cv-00067-MR)
_____

DMARCIAN, INC.

   Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

   Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion to hold appeal in abeyance pending the district court's resolution of plaintiff's third motion for order to show cause, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk