FILED: October 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1790
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

      Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk