No. 23-1790
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
_____

DMARCIAN, INC.,
*Plaintiff-Appellee*,

v.

DMARC ADVISOR BV,
*Defendant-Appellant*.
_____

On Appeal from the United States District Court for the
Western District of North Carolina, No. 1:21-cv-00067-MR
_____

### DEFENDANT-APPELLANT'S STATUS REPORT

Defendant-Appellant DMARC Advisor BV files this Status Report as directed by the Court. *See* ECF No. 20 (Status Report Request).

1. This is an interlocutory appeal from an Order entered by the district court on June 27, 2023. *See* W.D.N.C. ECF No. 228 (Notice of Appeal).

2. On September 14, 2023, Plaintiff-Appellee dmarcian, Inc. moved in the district court "for an Order to Show Cause as to why [DMARC Advisor] and its Dutch attorney Alfred Meijboom should not be held in contempt for its violation of [the district court's] Order dated June 27, 2023." W.D.N.C. ECF No. 253 at 1 (Third Motion for Order to Show Cause).

3. On September 21, 2023, DMARC Advisor filed in this Court a consent motion to hold this appeal in abeyance. DMARC Advisor explained that "the district court's resolution of this Third Motion for Order to Show Cause will affect the course of this appeal" because "[i]f the district court denies that motion, then DMARC Advisor may conclude there is no need to pursue this appeal," but "if the district court agrees with dmarcian, Inc. and imposes contempt sanctions, then DMARC Advisor is likely to pursue this appeal and file a separate appeal from those sanctions, with the result being one round of briefing on the June 27, 2023 Order and a second round on the associated sanction." ECF No. 14 ¶ 6.

4. On September 29, 2023, this Court granted DMARC Advisor's "unopposed motion to hold appeal in abeyance pending the district court's resolution of plaintiff's third motion for order to show cause." ECF No. 15.

5. On December 20, 2024, the district court entered (among other things) (i) an Order that DMARC Advisor "is hereby held in civil contempt of the Court's June 27, 2023 Order" and one of its counsel "is hereby found in civil contempt," W.D.N.C. ECF No. 401 at 28; and (ii) an order granting in part and denying in part DMARC Advisor's motion to dissolve or modify a preliminary injunction, W.D.N.C. ECF No. 402 at 17.

6. DMARC Advisor and its counsel are evaluating whether to file a notice of appeal of the district court's December 20, 2024 orders. That decision whether

2

to appeal will be made by January 21, 2025 to meet the 30-day appeal deadline. Once that decision is made, DMARC Advisor will notify the Court of its position on the status of this appeal.

Dated: January 13, 2025

/s/ Samuel B. Hartzell
Samuel B. Hartzell
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2112
sam.hartzell@wbd-us.com

*Counsel for Defendant-Appellant DMARC Advisor BV*