# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 3, 2025

_____

## STATUS REPORT REQUEST
_____

No. 23-1790,   Dmarcian, Inc. v. DMARC Advisor BV
1:21-cv-00067-MR

**STATUS REPORT DUE: 03/24/2025**

STATUS REPORTS DUE EVERY 30 DAYS.

Status reports are required addressing the status of the proceedings for which this case is being held in abeyance and the expected length of time before this case can proceed. Reports must be made in writing to the Office of the Clerk. The parties shall immediately notify the court when the case can proceed.

Taylor Barton, Deputy Clerk
804-916-2702