**RECORD NO. 23-1790**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

DMARCIAN, INC.,

*Plaintiff-Appellee,*

vs.

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Western District of North Carolina at Asheville
1:21-cv-00067-MR

## MOTION TO CONSOLIDATE AND SET BRIEFING SCHEDULE

Pursuant to Local Rule 12(b), Defendant-Appellant DMARC Advisor BV ("DMARC Advisor") hereby moves this Court to consolidate this appeal (23-1790) with its other appeal (25-1084) pending from the underlying case in the Western District of North Carolina (1:21-cv-00067-MR). "When the parties have filed separate timely notices of appeal, the appeals may be joined or consolidated by the court of appeals." FED. R. APP. P. 3(b)(2). Therefore, this Court's "authority to consolidate appeals is constrained only by the requirement that 'the

parties have filed separate timely notices of appeal.'" *United States v. Williamson*, 706 F.3d 405, 418 n.9 (4th Cir. 2013).

Case 23-1790 was noticed on July 26, 2023. [W.D.N.C. ECF No. 228]. Case 25-1084 was noticed on January 17, 2025. [W.D.N.C. ECF No. 405]. The former is an appeal from the District Court's Order Requiring a Corrective Statement, and was held in abeyance pending the District Court's resolution of Plaintiff-Appellee dmarcian, Inc.'s motion for an order to show cause. [23-1790 ECF No. 15]. The latter is an appeal from the District Court's Second Amended Preliminary Injunction and its orders finding DMARC Advisor in contempt and imposing sanctions for violating the Order Requiring a Corrective Statement. [W.D.N.C. ECF No. 405]. These appeals should be consolidated because they arise from the same case and raise legal issues that are inextricably intertwined.

The District Court delayed trial to May 2025 and denied DMARC Advisor's motion for a stay pending appeal. DMARC has moved this Court for a stay of trial and of enforcement of the preliminary injunction.

Both appeals are from the same underlying case and concern related legal issues. Therefore, they should be consolidated. The undersigned has consulted with Plaintiff-Appellee's counsel regarding this motion. Plaintiff-Appellee has filed motions to dismiss these appeals (23-1790 and 25-1084) for lack of appellate jurisdiction, but does not oppose consolidation if they are denied.

Defendant-Appellant requests the following briefing schedule, with time computed according to Rule 26(a):

- Defendant-Appellee's brief shall be filed and served on May 16, 2025.
- Plaintiff-Appellee's brief shall be filed and served 45 days thereafter.
- Defendant-Appellee's reply brief shall be filed and served 20 days after Plaintiff-Appellee's brief.

Plaintiff consents to an extension of the deadlines subject to its separate motion to seek a suspension of the briefing deadlines pending a determination of its motions to dismiss.

Respectfully submitted this 3rd day of April, 2025.

                Respectfully submitted,

                /s/ Matthew Nis Leerberg
                Matthew Nis Leerberg
                FOX ROTHSCHILD LLP
                434 Fayetteville Street
                Suite 2800
                Raleigh, NC 27601
                (919) 755-8700

                Gregory G. Holland
                FOX ROTHSCHILD LLP
                300 N. Green Street, Suite 1400
                Greensboro, NC 27401
                (336) 378-5200

                *Counsel for Appellant*