UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1790 (L)
(1:21-cv-00067-MR)
_____

DMARCIAN, INC.

    Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

    Defendant - Appellant

_____

No. 25-1084
(1:21-cv-00067-MR)
_____

DMARCIAN, INC.

    Plaintiff - Appellee

v.

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 23-1790 and Case No. 25-1084. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                        For the Court--By Direction

                                        <u>/s/ Nwamaka Anowi, Clerk</u>